IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MELINDA MARIE WEDDLE | § | |
| | § | |
| vs. | § | CASE NO. 4:21-CV-998-Y |
| | § | |
| Commissioner, Social | § | |
| Security Administration | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATION OF MAGISTRATE JUDGE**

United States Magistrate Judge Jeffrey L. Cureton made findings, conclusions, and a recommendation ("FCR") in this case on June 28, 2022 (doc. 24). No objections were filed, and the FCR is ripe for review. The undersigned reviewed the FCR for plain error. Finding none, the undersigned believes that the FCR is correct.

Therefore, the Court **REVERSES** the Commissioner's decision. Accordingly, this case is **REMANDED** to the Commissioner for further administrative proceedings.

SIGNED July 13, 2022**.**

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER ACCEPTING FCR — PAGE SOLO